UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

*************************************************************************************************

In re:

MARYLOU B. OPPELT,                                               JUDGMENT

       Debtor.

*****************************************

CHASE BANK USA, N.A., and
WELLS FARGO BANK, N.A.,

       Plaintiffs,                                                BKY 10-38272

v.                                                                             ADV 11-3040

MARYLOU B. OPPELT,

       Defendant.

*************************************************************************************************

       This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Gregory F. Kishel, United States Bankruptcy Judge, presiding.

       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

       1.       The Plaintiffs shall recover from the Defendant the sum of $10,000.00.

       2.       The debt evidenced by Term 1 of this judgment is excepted from the discharge granted to the Defendant on February 17, 2011, in BKY 10-38272, by operation of 11 U.S.C. § 523(a)(2).

Dated: March 2, 2011                                             Lori Vosejpka
At:     St. Paul, Minnesota.                                    Clerk of Bankruptcy Court


                                                                                                            By \e\ *Judy Brooks*
                                                                                                            Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/02/2011*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk